1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10                                  FRESNO DIVISION

11

12   LARRY JAMES DeROSSETT, JR.,                    1:10-cv-00372-LJO-SMS

13                  Plaintiff,              **ORDER GRANTING APPLICATION
                                            TO PROCEED IN FORMA PAUPERIS**
14   v.                                     **(Doc. 2)**
                                                            and
15   ELI DILLION, et al.,                   **ORDER DIRECTING PAYMENT
                                            OF INMATE FILING FEE BY**
16                  Defendants.             **CALIFORNIA DEPARTMENT OF
                                            CORRECTIONS**
17   _____/

18          Plaintiff Larry James DeRossett has requested leave to proceed in forma pauperis pursuant to

19   28 U.S.C. § 1915.  Plaintiff has made the showing required by § 1915(a).  Accordingly, the request

20   to proceed in forma pauperis is hereby granted.

21          Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C.

22   § 1915(b)(1).  Accordingly, Plaintiff must make monthly payments in the amount of twenty percent

23   of the preceding month's income credited to plaintiff's trust account.  The California Department of

24   Corrections is required to send to the Clerk of the Court payments from plaintiff's account each time

25   the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C.

26   § 1915(b)(2).

27   ///

28   ///

                                                -1-

1    In accordance with the above and good cause appearing therefore, IT IS HEREBY

2  ORDERED that:

3    1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

4    **2.  The Director of the California Department of Corrections or his designee**

5  **shall collect payments from plaintiff's prison trust account in an amount equal to twenty per**

6  **cent (20%) of the preceding month's income credited to the prisoner's trust account and shall**

7  **forward those payments to the Clerk of the Court each time the amount in the account exceeds**

8  **$10.00,  in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected**

9  **and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name**

10  **and number assigned to this action.**

11    3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

12  plaintiff's in forma pauperis applications on the Director of the California Department of Corrections

13  via the court's electronic case filing system (CM/ECF).

14    4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

15  Department, U.S.  District Court, Eastern District of California, Fresno Division.

16

17  IT IS SO ORDERED.

18  **Dated:    March 9, 2010**               **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28